# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan Burr,<br><br>　　　　Plaintiff,<br><br>v.<br><br>National Credit Adjusters LLC,<br><br>　　　　Defendant. | **NO. CV-16-01139-PHX-DKD**<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant National Credit Adjusters LLC.

DEFAULT ENTERED this 8th day of September, 2016.

Brian D. Karth<br>
District Court Executive/Clerk of Court

September 8, 2016

By  s/ L. Dixon<br>
　　　Deputy Clerk