# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan Burr,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>National Credit Adjusters LLC,<br><br>　　　　　Defendant. | No. CV-16-1139-PHX-DKD<br><br>**REPORT AND RECOMMENDATION** |

TO THE HONORABLE G. MURRAY SNOW, U.S. DISTRICT JUDGE:

All of the parties have not consented to Magistrate Judge jurisdiction and, therefore, this Report and Recommendation is being transmitted to the Presiding Phoenix Division District Judge to recommend granting Plaintiff's Motion for Entry of Judgment Upon Default (Doc. 11) and to enter the proposed Default Judgement (Doc. 12).

**IT IS THEREFORE RECOMMENDED** that Plaintiff's Motion for Entry of Judgment Upon Default (Doc. 11) be granted.

**IT IS FURTHER RECOMMENDED** that judgment be entered against National Credit Adjusters LLC in the amount of $1,000.00 for statutory damages and $2,400.00 for reasonable attorney's fees.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment. The parties shall have fourteen days from the date of service of a copy of this

recommendation within which to file specific written objections with the Court. *See* 28 U.S.C. § 636(b)(1); Rules 72, 6(a), 6(b), Federal Rules of Civil Procedure. Thereafter, the parties have fourteen days within which to file a response to the objections. Failure timely to file objections to the Magistrate Judge's Report and Recommendation may result in the acceptance of the Report and Recommendation by the district court without further review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Failure timely to file objections to any factual determinations of the Magistrate Judge will be considered a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the Magistrate Judge's recommendation. *See* Rule 72, Federal Rules of Civil Procedure.

Dated this 4th day of April, 2017.

_____
David K. Duncan
United States Magistrate Judge

cc: GMS