# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan Burr, | No. CV-16-01139-PHX-DKD |
| Plaintiff, | **ORDER** |
| v. | |
| National Credit Adjusters LLC, | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion for Default Judgment as to National Credit Adjusters LLC (Doc. 11) and United States Magistrate David K. Duncan's Report and Recommendation ("R&R") (Doc. 14). The R&R recommends that the Court grant the Motion (Doc. 14 at 1). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 2 (citing Fed. R. Civ. P. 6(a), 6(b) and 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly

objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and will grant the Motion. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS HEREBY ORDERED:**

1. Magistrate Judge Duncan's R&R (Doc. 14) is **accepted**.

2. Plaintiff's Motion for Default Judgment as to National Credit Adjusters LLC (Doc. 11) is **granted**.

3. Plaintiff is awarded $1,000.00 in statutory damages and $2,400.00 in attorney's fees for a total of $3,400.00 against Defendant National Credit Adjusters LLC.

4. The judgment shall bear post-judgment interest at the statutory rate as set forth under 28. U.S.C. § 1961.

6. The Clerk of Court shall terminate this action and enter judgment accordingly.

Dated this 1st day of May, 2017.

*[signature]*
Honorable G. Murray Snow
United States District Judge