1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  90 S. Kyrene Rd., Ste. 5
   Chandler, AZ 85226-4687
3  Office: (480) 756-8822
   Fax: (480) 302-4186
4  floyd@bybeelaw.com

5  Attorney for Plaintiff

6

7              **UNITED STATES DISTRICT COURT**

8                  **DISTRICT OF ARIZONA**

9

10  Jordan Burr,                          )    No.  CV16-1139-PHX-DKD
                                          )
11                                        )
                                          )
12          Plaintiff,                    )
                                          )
13  v.                                    )        **MOTION TO VACATE**
                                          )     **JUDGMENT AND DISMISS**
14  National Credit Adjusters LLC,        )      **CASE WITH PREJUDICE**
                                          )
15                                        )
                                          )
16          Defendant.                    )
                                          )
17  _____  )

18          Plaintiff Jordan Burr obtained judgment in this case against Defen-

19  dant National Credit Adjusters LLC on May 1, 2017. A supplemental

20  judgment was entered on May 22, 2017 for costs.

21          Plaintiff and Defendant have reached a settlement in this matter

22  which includes vacating the judgments and dismissing this action in its

23  entirety with prejudice. Defendant has not made an appearance in the

24  case.

25          WHEREFORE Plaintiff requests that the judgment entered on May

1, 2017 for $3,400.00 (Dkt. #15), and the judgment entered on May 22, 2017 for $465.00 (Dkt. #18) be vacated, and that this case be dismissed with prejudice.

RESPECTFULLY SUBMITTED  July 6, 2017  .


s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

Copy of the foregoing emailed and mailed
 July 6, 2017  to:

National Credit Adjusters, LLC
**Attn:  Nicholas Moore**
In-House Counsel, NCA
327 W. 4th Avenue
Hutchinson, KS 67501


by  s/ Floyd W. Bybee

- 2 -